IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mark A. Auxier, | : | |
| Plaintiff | : | Case No. 2:07-cv-01271 |
| v. | : | Judge Marbley |
| Michael J. Astrue, | : | Magistrate Judge |
| Commissioner of Social Security, | : | |
| Defendant | : | |

**ORDER**

This matter is before the Court on Magistrate Judge Abel's January 5, 2009 Report and Recommendation that this case be remanded to the Commissioner to consider whether plaintiff Auxier meets or equals Listing 2.07. No objections have been filed to the Report and Recommendation. The Court, having reviewed the record *de novo*, in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), **ADOPTS** the Report and Recommendation. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** remanding this case to the Commissioner to consider whether plaintiff Auxier meets or equals Listing 2.07.

                                                              s/Algenon L. Marbley
                                                          Algenon L. Marbley, Judge
                                                          United States District Court