IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Mark A. Auxier, | : | |
| --- | --- | --- |
| Plaintiff | : | Case No. 2:07-cv-01271 |
| v. | : | Judge Marbley |
| Michael J. Astrue, Commissioner of Social Security, | : | Magistrate Judge |
| | : | |
| Defendant | : | |
| | : | |

# ORDER

Plaintiff Mark A. Auxier's unopposed March 16, 2009 motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (doc. 22) is GRANTED. Plaintiff Mark Auxier is hereby AWARDED attorney fees in the amount of One Thousand Nine Hundred Six Dollars and Twenty-five Cents ($1,906.25).

                                            s/Algenon L. Marbley
                                            Algenon L. Marbley, Judge
                                            United States District Court